AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court

## *Southern District of Georgia*

JUDGMENT IN A CIVIL CASE

JIANBO HUANG,

Petitioner.

v.

CASE NUMBER: 5:26-cv-997

WARDEN, FOLKSTON ICE PROCESSING CENTER,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated November 4, 2026, Respondent's motion to dismiss is granted as unopposed, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. Further, Petitioner is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: ______________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

November 4, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*